**Order entered March 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01248-CR
No. 05-18-01249-CR
No. 05-18-01250-CR
No. 05-18-01251-CR

**AARON MICAH CARPENTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 396th District Court**
**Tarrant County, Texas**
**Trial Court Cause Nos. 1464428D, 1464424D, 1464421D & 1464417D**

## ORDER

Before the Court is the State's March 1, 2019 second motion to extend time to file its

brief. We **GRANT** the motion and **ORDER** the brief filed on or before March 18, 2019.


/s/     BILL PEDERSEN, III
JUSTICE